# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED MARCH 5, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**(a) PLAINTIFFS**
In re Application of Holland Middle East Trading Ltd. to Obtain Discovery For Use in a Suit Pending in the Haarlem District Court of the Kingdom of the Netherlands.

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Schopf & Weiss LLP
One South Wacker Drive, 28th floor
Chicago, Illinois 60606

Attorneys (If Known)

## II. BASIS OF JURISDICTION

[ ] 1 U.S. Government Plaintiff
[X] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT

[X] 890 Other Statutory Actions

## V. ORIGIN

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

Application of Holland Middle East Trading Ltd. to Obtain Discovery For Use in a Suit Pending in the Haarlem District Court of the Kingdom of the Netherlands.

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:

JURY DEMAND: [X] No

## IX. This case

[X] is not a refiling of a previously dismissed action.

DATE: 3/5/08

SIGNATURE OF ATTORNEY OF RECORD

**08 C 1344**
**JUDGE CASTILLO**
**MAGISTRATE JUDGE ASHMAN**