UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Application of Holland Middle East Trading Ltd. to Obtain Discovery For Use in a Suit Pending in the Haarlem District Court of the Kingdom of the Netherlands. | ) ) ) ) ) ) ) Hon. Ruben Castillo<br><br>Case No. 08-CV-1344 |

## CERTIFICATE OF SERVICE

I, Lindsay Wilson Gowin, an attorney, hereby certify that copies of the **Application of Holland Middle East Trading Ltd. to Obtain Discovery for Use in a Foreign Suit Pursuant to 28 U.S.C. § 1782** and **Notice of Application** were served on the parties below on the 6th day of March, 2008 (foreign parties were served on 7th day of March, 2008). This certificate was filed electronically with the Clerk of the Court using the CM/ECF system on the 7th day of March, 2008, which will automatically send e-mail notifications of such filing to all attorneys of record

Lee Scott Hillman
328 Shoreline Court
Glencoe, Illinois 60022
(served by personal service,
e-mail and U.S. mail)

Power Plate International Ltd.
fao: Directors
Unit 9a Utopia Village7 Chalcot Road
London  NW1 8LH
United Kingdom
(served by courier and facsimile)

Mark Clive Minter
224 W. Willow Street #2
Chicago, Illinois 60614
(served by personal service,
e-mail and U.S. mail)

Augustinus Van Der Meer
Louisahoeve 26
Hoofddorp
The Netherlands
(served by personal service and e-mail)

Power Plate North America
400 Skokie Blvd. Suite 105
Northbrook, Illinois 60062

Power Plate International B.V.
Jan van Gentstraat 160
1171 GP Badhoevedorp

179201_1.DOC

2

| | |
|---|---|
| (served by personal service, facsimile and U.S. mail) | The Netherlands (served by personal service) |
| Allan Fisher<br>52 Northgate<br>Prince Albert Road<br>London NW8 7EH<br>United Kingdom<br>(served by mail and e-mail) | Vibe Tribe B.V.<br>Jan van Gentstraat 160<br>1771 GP Badhoevedorp<br>The Netherlands<br>(served by personal service) |
| Special Sports<br>Beheer B.V.<br>Escapade 1<br>Amstelveen, The Netherland<br>(served by personal service) | PPI Acquisition B.V.<br>Jan van Gentstraat 160<br>1171 GP Badhoevedorp<br>The Netherlands<br>(served by personal service) |
| | Supervisie Sports B.V.<br>Louisahoeve 26<br>Hoofddorp<br>The Netherlands<br>(served by personal service) |

s/ Lindsay Wilson Gowin