UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

KC FILED
MAR - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| In re Application of Holland Middle East Trading Ltd. to Obtain Discovery for Use in a suite pending in the Haarlem District Court of the Kingdom of the Netherlands. | )<br>)<br>)<br>)<br>)<br>)<br>) | Hon. Ruben Castillo<br>Magistrate Judge Martin C. Ashman<br><br>No. 08-CV-1344 |

## NOTICE OF APPLICATION FOR DISCOVERY

To:    See Attached Service List

PLEASE TAKE NOTICE that at 9:45 a.m. on Tuesday, March 11, 2008, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Ruben Castillo, United States District Judge, in the courtroom usually occupied by him in the Dirksen Federal Courthouse, Room 2141, 219 South Dearborn Street, Chicago, Illinois 60604, or in his absence, before such judge who may be sitting in his place and stead, and shall then and there present the **Application of Holland Middle East Trading Ltd. to Obtain Discovery for Use in a Foreign Suit Pursuant to 28 U.S.C. § 1782**, a copy of which accompanies this Notice and is hereby served on you.

Dated:  March 6, 2008

Respectfully submitted,

HOLLAND MIDDLE EAST TRADING LTD.

_____
One of the Attorneys for Holland Middle East
Trading Ltd.

Peter V. Baugher (ARDC#013282)
Lindsay Wilson Gowin (ARDC#6284270)
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300
Firm No. 15956

179258_1.doc

## Service List

Lee Scott Hillman
328 Shoreline Court
Glencoe, Illinois 60022


Mark Clive Minter
224 W. Willow Street #2
Chicago, Illinois 60614


Power Plate North America
400 Skokie Blvd. Suite 105
Northbrook, Illinois 60062


Allan Fisher
52 Northgate
Prince Albert Road
London NW8 7EH
United Kingdom


Special Sports
Beheer B.V.
Escapade 1
Amstelveen, The Netherlands


Power Plate International Ltd.
fao: Directors
Unit 9a Utopia Village7 Chalcot Road
London  NW1 8LH
United Kingdom


Augustinus Van Der Meer
Louisahoeve 26
Hoofddorp
The Netherlands


Power Plate International B.V.
Jan van Gentstraat 160
1171 GP Badhoevedorp
The Netherlands


Vibe Tribe B.V.
Jan van Gentstraat 160
1771 GP Badhoevedorp
The Netherlands


PPI Acquisition B.V.
Jan van Gentstraat 160
1171 GP Badhoevedorp
The Netherlands


Supervisie Sports B.V.
Louisahoeve 26
Hoofddorp
The Netherlands

## CERTIFICATE OF SERVICE

I, Lindsay Wilson Gowin, an attorney, hereby certify and state that the foregoing

**Notice of Application for Discovery** was filed with the Clerk of the Court and I hereby certify

that I caused a copy of the foregoing to be served by via regular post delivery on this 6th day of

March, 2008 upon the following individuals:

See Attached Service List

Lindsay Wilson Gowin