Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1344 | **DATE** | 3/17/2008 |
| **CASE TITLE** | In Re: In re: Application of Holland Middle East Trading, Ltd. | | |

**DOCKET ENTRY TEXT**

After careful review of all the materials filed in this lawsuit, the Court hereby grants the Application of Holland Middle East Trading Ltd. to obtain discovery for use in its pending foreign litigation pursuant to 28 U.S.C. §1782. Judgment is therefore entered in favor of the Applicant Holland Middle East Trading Ltd. The Court will retain jurisdiction to enforce this order and to rule on any objections to the discovery authorized herein. Motion hearing set for 3/18/2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|