## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 08 CV 1344

In re Application of Holland Middle East Trading Ltd., to Obtain Discovery for Use in a suit pending in the Harlem District Court of the Kingdom of the Netherlands

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lee Scott Hillman, Mark Clive Minter, Power Plate North America

| |
|---|
| NAME (Type or print)<br>Scott A. Meyers |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Scott A. Meyers |
| FIRM<br>Levenfeld Pearlstein, LLC |
| STREET ADDRESS<br>2 N. LaSalle St., Ste. 1300 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC #6216552 | TELEPHONE NUMBER<br>(312) 346-8380 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐