IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re Application of Holland Middle East Trading Ltd. to Obtain Discovery for Use in a Suit Pending in the Haarlam District Court of the Kingdom of the Netherlands | ) ) ) ) ) ) | Case No. 08-CV-1344<br><br>Hon. Ruben Castillo<br><br>Magistrate Judge Martin C. Ashman |

### NOTICE OF MOTION

TO:  See Attached Service List

PLEASE TAKE NOTICE that at 9:45 a.m. on April 3, 2008, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Ruben Castillo, United States District Judge, in the courtroom usually occupied by him in the Dirksen Federal Building, 219 South Dearborn Street, Room 2141, Chicago, Illinois, 60604, or, in his absence, before any other judge sitting in his stead, and shall then and there present **Respondent's Motion For Reconsideration Or, In The Alternative, To Amend Order Of March 17, 2008**, a true and correct copy of which accompanies this Notice and is hereby served upon you.

Dated:  March 25, 2008

Respectfully submitted,

By:  /s/ Kurt Stitcher
One of the Attorneys for Respondents
Lee Scott Hillman, Mark Clive Minter
and Power Plate North America

Scott A. Meyers (ARDC# 6216552)
Kurt Stitcher (ARDC# 6205369)
David W. Porteous (ARDC# 6257459)
Amy A. Pines (ARDC# 6280875)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434

## CERTIFICATE OF SERVICE

I, Kurt Stitcher, an attorney, hereby certify that on March 25, 2008, I electronically filed the attached **Notice of Motion** and **Respondent's Motion For Reconsideration Or, In The Alternative, To Amend Order Of March 17, 2008,** with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the individuals listed:

Lindsay Wilson Gowin
Peter V. Baugher
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300


/s/ Kurt Stitcher