# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 CV 1344

In re Application of Holland Middle East Trading Ltd., to Obtain Discovery for Use in a suit pending in the Harlem District Court of the Kingdom of the Netherlands

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lee Scott Hillman, Mark Clive Minter, Power Plate North America

| | |
|---|---|
| NAME (Type or print) <br> Kurt Stitcher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Kurt Stitcher | |
| FIRM <br> Levenfeld Pearlstein, LLC | |
| STREET ADDRESS <br> 2 N. LaSalle St., Ste. 1300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC #6205369 | TELEPHONE NUMBER <br> (312) 346-8380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |