## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1344 | **DATE** | 3/26/2008 |
| **CASE TITLE** | In Re: Holland Middle East Trading Ltd | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to remove from the record document number 17 and document number 18 as they are duplicates of Exhibit A which is already attached to Respondents' motion for reconsideration [15].

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|