## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Holland Middle East Trading Ltd.
                                   Plaintiff,

v.                                                                  Case No.: 1:08−cv−01344
                                                                     Honorable Ruben Castillo

                                   Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:The motion hearing on Respondent's motion for reconsideration set for 4/3/2008 will begin at 9:15 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.