## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Holland Middle East Trading Ltd.

                        Plaintiff,

v.                                         Case No.: 1:08–cv–01344
                                         Honorable Ruben Castillo

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

        MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 4/3/2008. Respondent's motion for reconsideration [15] is denied. Respondent's alternative request for reciprocal discovery is granted. The Court will allow reciprocal discovery from HMET and its principals by 4/14/2008. Any objections will be due by 4/21/2008. The Court orders full compliance with its 3/17/2008 order by 4/11/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.