# EXHIBIT C

Case 1:08-cv-01344    Document 27-4    Filed 04/22/2008    Page 1 of 3

**Exhibit C**

**Documents Most Critical to HMET's Case**

1. E-mails between Minter and Gannage between 10-15 October, and 25-28 October 2006

2. E-mails between Minter and Aalbers between 7-12 October 2006

3. Signed contract with distributor A1 Kamda (successor of HMET)

4. E-mail between Minter and Chris de Groot of 22 February 2005

5. E-mails between Minter and David Morrell between 20 - 26 October 2006

6. E-mails between Minter and Hill between 25 August 2006 - 10 September 2006 relating to Morocco and Power Plate France

7. E-mails between Minter and Chris Hill between 10-25 December 2006

8. "Updated memo PPI" as exchanged by Hillman to others on 6 June 2006

9. Power Point presentation about the huge potential of the Middle East showed by Hill in December 2006 at a meeting with A1 Kamda, Dubai

10. Copy of invoice aan Centrum Industries Pvt Ltd. Bangalore India of 26 October 2006 Invoice nr 2006.0166 Pro-forma no: PPINT0041

11. Copy of Invoice by PPI to Lebanon of 13 October 2006 to Mr. Rafed Al Khorafi c/o Tong Rizk Beirut Invoice nr. PPINV060038

12. Copy of Invoice by PPI to Kuwait of 29 August 2006 to Mr. Fahed Invoice nr. PPINV060025

13. Copy of excel sheet August - September 2006 "NEWCONTRACTSTATUSBOARD1 909.xls

2

14. Sales numbers specified per month of Harrods in London including all delivery addresses for 2006 and 2007 as far as the delivery addresses are situated in the territory of HMET

15. E-mails between Minter and/or Hilmann and/or Van der Meer and/or Fisher and/or David Morrell between July 2006 and 1 November 2006 relating to Harrods and the public relations of Harrods

16. All correspondence with regards to Madonna between Power Plate International B.V., Power Plate International Ltd, Van der Meer, Minter, Fisher, Hillman, Hill, Barbara Charone, Sarah Edlin, Moira Bellas, Power Plate North America, John Wilson from March 2006

17. E-mails between Minter, Hillmann, Steve Borre, David Morrell, Allen Fisher, Guus van der Meer, Mirjam Aalbers of October 2006 relating to Airline and Virgin

18. E-mails between Minter and A1 Karnda and/or Chris Hill and A1 Kamda (Minter in cc) and Minter and Hill and A1 Kamda of October, November and December 2006 about Phillipe Van Wassenhove and Jane Heatly or with them in cc