# GROUP
# EXHIBIT A

## Amy A. Pines

| | |
|---|---|
| **From:** | Kurt Stitcher |
| **Sent:** | Thursday, April 03, 2008 1:30 PM |
| **To:** | 'baugher@sw.com' |
| **Subject:** | HMET Service of Process |
| **Importance:** | High |

Peter,

  Per my Voicemail, I assume that you will agree to accept service of subpoenas on the HMET principals.  If not, please let me know ASAP so that we can bring the issue to the Court's attention and ensure parity in this process.  Also, so that we can tender the appropriate witness fees, and in the event that you do not agree to bring your clients here, please let me know the mileage from your clients' home in the Netherlands to Greenberg Traurig's Amsterdam offices, Strawinskylaan 3127, 1077 ZX  Amsterdam.  Thank you.

Best regards,

Kurt

**Kurt Stitcher**
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois  60602
312.476.7597    Fax: (312)  346-8434
kstitcher@lplegal.com
www.lplegal.com

 LEVENFELD PEARLSTEIN, LLC

**Amy A. Pines**

| | |
|---|---|
| **From:** | Scott A. Meyers |
| **Sent:** | Friday, April 04, 2008 7:11 PM |
| **To:** | 'baugher@sw.com' |
| **Cc:** | Kurt Stitcher |
| **Subject:** | Application of Holland Middle East Trading |
| **Attachments:** | Baugher P. Ltr - 4.4.08.DOC; Notice 1.PDF; Notice 2.PDF |

Please see the attached.

Scott A. Meyers
*Litigation Practice Group Chair*
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois 60602
312.476.7576   Fax: 312.346.8434   Cell: 312.401.4811
smeyers@lplegal.com
www.lplegal.com

 LEVENFELD
PEARLSTEIN, LLC
Please feel free to contact my assistant Candy Graham at 312.476.7651.

LEVENFELD
PEARLSTEIN, LLC

2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
312.346.8380
Fax: 312.346.8434
www.lplegal.com

**SCOTT A. MEYERS**
312.476.7651
SMEYERS@LPLEGAL.COM
Chicago Office

April 4, 2008

**VIA EMAIL**

Peter V. Baugher, Esq.
Schopf & Weiss, LLP
One South Wacker Drive, 28th Floor
Chicago, IL  60606-4617

Re:     **Discovery Application of Holland Middle East Trading, No. 08-CV-1344**

Dear Peter:

This responds to your April 3, 2008 letter, which I note does not address any of the logistical discovery issues raised in Kurt Stitcher's email and voice mail to you yesterday.  I respectfully suggest that ignoring our concerns regarding reciprocal discovery in this case does not advance your professed desire to expedite this process.

Also, please note that we disagree with your characterization of Judge Castillo's April 3 order regarding discovery in this matter.  As you know, HMET has not yet served valid subpoenas on any of the Respondents (HMET's initial subpoenas were unsigned and failed to include the requisite checks for mileage and witness fees; its subsequent subpoenas also failed to include such checks and were never served on the named parties).  Thus, there are no valid discovery requests pending.

Nonetheless, we are willing to work with you to facilitate an efficient process for managing both HMET's discovery requests, as well as the reciprocal discovery of HMET and its principals that Judge Castillo granted yesterday.  In particular, we are willing to accept on behalf of Mark Minter, Lee Hillman, and Power Plate North America service of HMET's discovery requests, if you will accept on behalf of HMET and its principals service of our discovery requests.  In addition, due to the difficulty in enforcing the Court's reciprocal discovery order against your non-resident clients, it is imperative that we conduct the examinations of HMET and its principals before producing Messrs. Minter and Hillman for deposition.  We are willing to take the HMET-related depositions in Holland consistent with the Federal Rules of Civil Procedure as ordered by the Court.  If we can get this process resolved quickly, we currently anticipate providing to you by April 11, 2008, a response to HMET's current (invalid) subpoenas, including objections, as well as responsive documents.  To the extent that we are not able to locate and produce all responsive documents by this date, we will continue our production on a rolling basis.

LP 1603041.2 \ 34480-74686

Peter V. Baugher, Esq.
April 4, 2008
Page 2

Regarding your proposed deposition dates, please note that Mark Minter is out of the country from April 12 - 28, 2008.  We are still investigating Mr. Hillman's availability.

In the meantime, attached are Notices of Depositions for Ms. Van Aspert and Mr. Giezen.

Please advise us as soon as possible how you wish to proceed.

Very truly yours,

Scott A. Meyers

SAM:cg

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Application of Holland Middle East Trading Ltd. to Obtain Discovery for Use in a Suit Pending in the Haarlam District Court of the Kingdom of the Netherlands ) ) ) ) ) ) | Case No. 08-CV-1344<br><br>Hon. Ruben Castillo<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF DEPOSITION

TO:

Franciscus Antonius Maria Giezen
c/o Peter V. Baugher & Lindsay Wilson Gowin
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, the discovery deposition of the following person will take place at the date and hour set opposite the person's name at the offices of Greenberg Traurig, Strawinskylaan 3127, The Atrium 8th Floor, 1077 ZX, Amsterdam, The Netherlands, by sound-and-visual (videotaped) and stenographic means.

**NAME OF DEPONENT**
Franciscus Antonius Maria Giezen

**DATE AND TIME OF DEPOSITION**
April 16, 2008 @ 9:00 a.m.

By: _Amy A. Pines_

Scott A. Meyers
Kurt Stitcher
David W. Porteous
Amy A. Pines
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois  60602
Phone:  (312) 346-8380
Facsimile:  (312) 346-8434

*Attorneys for Respondents Lee Hillman,*
*Mark Minter, and Power Plate North America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re Application of Holland Middle East Trading Ltd. to Obtain Discovery for Use in a Suit Pending in the Haarlam District Court of the Kingdom of the Netherlands | ) ) ) ) ) ) | Case No. 08-CV-1344<br><br>Hon. Ruben Castillo<br><br>Magistrate Judge Martin C. Ashman |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I caused a copy of the attached Notice of

Deposition to be served by hand delivery and by email upon attorneys Peter V. Baugher and

Lindsay Wilson Gowin of Schopf & Weiss LLP, One South Wacker Drive, 28th Floor, Chicago

IL 60606.

By: _____

Amy A. Pines

LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
Phone: (312) 476-7542
Facsimile: (312) 346-8434
apines@lplegal.com

*Attorney for Respondents Lee Hillman,*
*Mark Minter, and Power Plate North America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re Application of Holland Middle East Trading Ltd. to Obtain Discovery for Use in a Suit Pending in the Haarlam District Court of the Kingdom of the Netherlands | ) ) ) ) ) ) | Case No. 08-CV-1344<br><br>Hon. Ruben Castillo<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF DEPOSITION

TO:

Petronella Johanna Elizabeth Van Aspert
c/o Peter V. Baugher & Lindsay Wilson Gowin
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, the discovery deposition of the following person will take place at the date and hour set opposite her name at the offices of Greenberg Traurig, Strawinskylaan 3127, The Atrium 8th Floor, 1077 ZX, Amsterdam, The Netherlands, by sound-and-visual (videotaped) and stenographic means.

**NAME OF DEPONENT**
Petronella Johanna Elizabeth Van Aspert

**DATE AND TIME OF DEPOSITION**
April 16, 2008 @ 9:00 a.m.

By: _Amy A. Pines_

Scott A. Meyers
Kurt Stitcher
David W. Porteous
Amy A. Pines
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
Phone: (312) 346-8380
Facsimile: (312) 346-8434

*Attorneys for Respondents Lee Hillman,*
*Mark Minter, and Power Plate North America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re Application of Holland Middle East Trading Ltd. to Obtain Discovery for Use in a Suit Pending in the Haarlam District Court of the Kingdom of the Netherlands   )<br>)<br>)<br>)<br>)<br>) | Case No. 08-CV-1344<br><br>Hon. Ruben Castillo<br><br>Magistrate Judge Martin C. Ashman |

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I caused a copy of the attached Notice of Deposition to be served by hand delivery and by email upon attorneys Peter V. Baugher and Lindsay Wilson Gowin of Schopf & Weiss LLP, One South Wacker Drive, 28th Floor, Chicago IL 60606.

By: _____

Amy A. Pines

LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
Phone: (312) 476-7542
Facsimile: (312) 346-8434
apines@lplegal.com

*Attorney for Respondents Lee Hillman,
Mark Minter, and Power Plate North America*

**Amy A. Pines**

| | |
|---|---|
| **From:** | Christine A. Gembica |
| **Sent:** | Wednesday, April 09, 2008 5:33 PM |
| **To:** | 'baugher@sw.com' |
| **Subject:** | FW: Ltr to Peter Baugher |
| **Attachments:** | Ltr to Peter Baugher.PDF |

Please see attached letter sent on behalf of Kurt Stitcher.

Christine A. Gembica
Legal Coordinator to Beau T. Greiman, Kurt Stitcher and Christopher M. Heintskill
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois 60602
312.476.7607    Fax: 312.346.8434
cgembica@lplegal.com
www.lplegal.com

 LEVENFELD
PEARLSTEIN, LLC



**LEVENFELD PEARLSTEIN,** LLC

2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
312.346.8380
Fax: 312.346.8434
www.lplegal.com

Kurt Stitcher
(312) 476-7597
kstitcher@lplegal.com

<u>VIA FACSIMILE, E-MAIL and U.S. MAIL</u>

April 9, 2008

Peter V. Baugher, Esq.
Schopf & Weiss, LLP
One South Wacker Drive
28th Floor
Chicago, IL  60606

Re:    <u>HMET Application Reciprocal Discovery</u>

Dear Peter,

We are puzzled by your lack of response to my Voicemail and email of last Thursday, April 3, as well as to Scott Meyers's letter of Friday, April 4, regarding our desire to work with you on reciprocal discovery issues in this matter.  Although your apparent lack of interest in cooperating with us has not caused us to cease our efforts, it has raised a number of troubling issues with respect to HMET's Application, issues that we must resolve if we are to move this matter forward in a timely fashion.

First, because you have failed to respond in any way to the deposition notices that we served on Friday, April 3, and in light of the logistics of arranging depositions in a foreign country, we have been unable to confirm plans to depose your clients on April 16-18.  As such, you may consider those dates – though <u>not</u> the deposition notices – withdrawn, until such time as you respond to our efforts to arrange mutually convenient deposition dates for your clients.  As you know, due to limitations on Judge Castillo's jurisdiction over your foreign clients, we will need to depose your clients <u>before</u> we present any Power Plate witnesses for deposition.  Thus, your delay in responding to our efforts to schedule your clients for deposition will inevitably delay your depositions of the Power Plate witnesses.

Second, HMET has not, to date, served <u>any</u> valid discovery requests on Mr. Minter, Mr. Hillman, or Power Plate North America (PPNA).  The subpoenas that HMET attached to its Application (a) were unsigned; (b) were never executed and returned; (c) lacked the proper tender of mileage and witness fees; and (d) were unauthorized to be served at the time HMET filed its Application and served copies thereof on Messrs. Minter and Hillman and on PPNA.

In addition, the subpoenas that you sent to me by email on March 20, while signed, were not served on any of the targets of the Application, nor did HMET tender fees with those

Peter V. Baugher, Esq.
April 9, 2008
Page 2

---

subpoenas. Curiously, before you sent me those subpoenas, you never asked whether I had authority to accept them on behalf of the targets, an issue that I had, for that reason, never raised with my clients. In fact, I have never received such authority from my clients.

Finally, though Judge Castillo, at last week's hearing, expressed his certainty that you would remedy the defects in your service of subpoenas, you have not done so in the past week. Because Judge Castillo's March 17 Order merely authorized you to serve discovery, his April 3 Order simply required compliance with his March 17 Order, and HMET has not, to date, ever served discovery on Respondents, there is currently no valid discovery outstanding with respect to my clients.

Nevertheless, in an effort to move this matter forward, and as a professional courtesy to you, we have been acting as though HMET actually served discovery on our clients. Thus, by Friday, April 11, you may expect responses and objections to HMET's document requests, along with whatever responsive, unobjectionable documents we have been able to collect by then. We will plan on continuing our production on a rolling basis, as new materials become available.

There is a significant caveat to the foregoing paragraph: our clients will not produce certain confidential, proprietary, and/or sensitive materials without an appropriate agreed protective order. This protective order, moreover, must have a counterpart in the Netherlands, so that our clients' materials are protected both in this District and in the Dutch proceedings. We hope to send you a proposed protective order by tomorrow; we will also work with our Dutch counsel to provide your clients' Dutch counsel with a counterpart, to be filed in the Haarlem District Court.

Third, while we certainly respect Judge Castillo's Order with regard to the timing of reciprocal discovery, the record should be clear that May 7, 2008, is an artificial "cutoff date" for the submission of materials in the Dutch proceeding. Not only may the parties submit materials to the Dutch courts beyond that date, but the Dutch proceeding will provide other opportunities for submissions – including documentary and testimonial – in anticipated later phases.

Although we are making every effort to engage in reciprocal discovery as quickly as possible, our efforts, by definition, require reciprocity from HMET, which, so far, has been entirely lacking. To put it simply, if you will not work with us to exchange documents and to schedule depositions, the May 7 deadline will remain illusory.

LP 1607113.1 \ 34480-74686

Peter V. Baugher, Esq.
April 9, 2008
Page 3

Please feel free to contact Scott Meyers or me if you have any questions about the foregoing or if you would like to arrange a time to meet or speak in order to get this process moving.

Sincerely,

Kurt Stitcher

cc:    Lindsay Wilson Gowin, Esq.

**Amy A. Pines**

**From:**    Kurt Stitcher
**Sent:**    Thursday, April 10, 2008 6:03 PM
**To:**    Peter Baugher; Lindsay Wilson Gowin
**Subject:** RE: Protective Order

Peter and Lindsay,

   We anticipate having a proposed Protective Order out to you tonight.  We appreciate your offer to maintain confidentiality as to any documents produced, pending your agreement to the Order.  When you have a chance, I would appreciate responses to the remainder of the issues that we raised in our Voicemail, email, and two letters to you.  If you really want discovery, and are not merely engaged in an unprofessional and misguided effort to "set us up" with the Court, I think you'll see the merit in responding to our efforts to move this process along.

Sincerely,

**Kurt Stitcher**
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois  60602
312.476.7597   Fax: (312) 346-8434
kstitcher@lplegal.com
www.lplegal.com



---

**From:** Rebecca R. Schultz [mailto:schultz@sw.com]
**Sent:** Thursday, April 10, 2008 5:50 PM
**To:** Kurt Stitcher
**Cc:** Peter Baugher; Lindsay Wilson Gowin
**Subject:**

Please see attached.

Thank you.

Rebecca
(Assisting Lindsay W. Gowin)


Schopf Weiss
Rebecca R. Schultz
Legal Secretary
Direct: 312.701.9378

**Schopf & Weiss LLP**
One South Wacker Drive, 28th Floor

4/22/2008

Chicago, IL 60606
Phone: 312.701.9300
Fax:    312.701.9335
www.sw.com

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential
information which is legally privileged. The information is intended only for the use of the individual or
entity named above. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution of, or the taking of any action in reliance on, the contents of this information is
strictly prohibited. If you have received this message in error, please immediately notify us by email or
telephone (312-701-9300) and delete all copies of this message and any attachments. Schopf & Weiss
LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois
Uniform Partnership Act.

**Amy A. Pines**

| | |
|---|---|
| **From:** | Kurt Stitcher |
| **Sent:** | Friday, April 11, 2008 9:27 PM |
| **To:** | 'Lindsay Wilson Gowin' |
| **Cc:** | Peter Baugher |
| **Subject:** | RE: Power Plate Production |

Dear Lindsay,

   I believe that you will find answers to your questions in the Voicemails, emails, and letters that we have sent to you over the past 8 days as part of our effort to engage in reciprocal discovery, as Judge Castillo ordered last Thursday.  Unfortunately, HMET has ignored all of these attempts to advance the ball.  We then answered your questions again, in detail, in the Objections and Responses that we hand-delivered to your firm today.  It appears that you have, likewise, ignored that latest effort.  If, after reading our numerous missives regarding Court-ordered reciprocal discovery, you still have questions, please feel free to have Peter call me.  At that time, perhaps we can discuss the discovery that we have requested from HMET, which your firm has similarly ignored.  Thank you.

Best regards,

Kurt

**Kurt Stitcher**
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
312.476.7597   Fax: (312) 346-8434
kstitcher@lplegal.com
www.lplegal.com


LEVENFELD
PEARLSTEIN, LLC

---

**From:** Lindsay Wilson Gowin [mailto:lgowin@sw.com]
**Sent:** Friday, April 11, 2008 5:53 PM
**To:** Kurt Stitcher
**Subject:** Power Plate Production

Dear Mr. Stitcher:

We just received your letter and production consisting (only) of three Directors' and Officers' Liability insurance policies.  Please let us know immediately what else Power Plate and Messrs. Hillman and Minter intend to produce, and when we can expect to receive those records.

Thank you for your attention to this matter.

Yours truly,

Lindsay Wilson Gowin

**Schopf & Weiss**

Lindsay Wilson Gowin
Direct: 312.701.9306

**Schopf & Weiss LLP**
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: 312.701.9300
Fax:    312.701.9335
www.sw.com

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this message in error, please immediately notify us by email or telephone (312-701-9300) and delete all copies of this message and any attachments. Schopf & Weiss LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act.

4/22/2008

## Amy A. Pines

| | |
|---|---|
| **From:** | David W. Porteous |
| **Sent:** | Monday, April 14, 2008 6:11 PM |
| **To:** | 'baugher@sw.com'; 'lgowin@sw.com' |
| **Cc:** | Kurt Stitcher; Scott A. Meyers |
| **Subject:** | Application of HMET - Reciprocal Discovery from HMET, Giezen and Van Aspert |
| **Attachments:** | Van Aspert Docs.PDF; Giezen Docs.PDF; HMET Documents.PDF |

Peter / Lindsay:

Attached please find the following directed to:

1) Ms. Van Aspert - A Notice of Deposition, First Request for Production of Documents and a Subpoena for Documents and Testimony.

2) Mr. Giezen - A Notice of Deposition, First Request for Production of Documents and a Subpoena for Documents and Testimony.

3) Holland Middle East Trading Company, Ltd. - A Notice of Rule 30(b)(6) Deposition, First Request for Production of Documents and a Subpoena for Documents and Testimony.

You should also have received by messenger hard copies of the attached (albeit in two separate deliveries).  With respect to the hard copies, we inadvertently delivered separate Notices of Deposition directed to Ms. Van Aspert and Mr. Giezen, respectively, that requested their testimony pursuant to Rule 30(b)(6).  These notices of deposition may be ignored and have been replaced by the Notices of Deposition to Ms. Van Aspert and Mr. Giezen that are attached hereto, and hard copies of which have also been hand delivered.  We apologize for any confusion.

Once you have had a chance to review, please call to discuss.

Very truly yours,

**David W. Porteous**
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois 60602
312.476.7592   Fax: 312.346.8434   Cell: 312.479.2069
dporteous@lplegal.com
www.lplegal.com

 LEVENFELD
PEARLSTEIN, LLC

## Amy A. Pines

**From:**   Kurt Stitcher
**Sent:**   Monday, April 14, 2008 7:05 PM
**To:**   'Lindsay Wilson Gowin'; Peter Baugher
**Subject:** Witness Fees

Peter and Lindsay,

I received Lindsay's letter, dated April 10, enclosing witness fees and mileage for Mr. Hillman, Mr. Minter, and PPNA. As I have explained to you on several occasions, LP is not authorized to accept service of subpoenas (or fees) on behalf of our clients. Consequently, your effort to remedy this particular defect in your attempted service of subpoenas on our clients is of no force and effect under the Federal Rules, and you have not, to date, effected service of any discovery on any of our clients.

Moreover, despite our repeated attempts to contact you with regard to our Deposition Notices for Mr. Giezen and Ms. van Aspert, you have not only ignored our efforts entirely, you have not even extended us the professional courtesy of indicating whether you are willing to accept service on behalf of your clients. Under such circumstances, it is puzzling, to say the least, that you would presume to serve our clients by sending documents or funds to us.

Until such time as we have met and conferred regarding the reciprocal discovery that Judge Castillo ordered, we are not in a position to accept any service of any papers from you. As such, we will hold the tendered checks in escrow or, at your request, return them to you, pending our meeting to discuss discovery scheduling. Although you may have tactical reasons for going incommunicado, even in the face of a Court order to provide reciprocal discovery, the strategem will only redound to the detriment of your clients, whom, you claim, need discovery before May 7. When you are prepared to participate in this process, as Judge Castillo ordered you to do, please feel free to call me.

Sincerely,

Kurt Stitcher
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois 60602
312.476.7597   Fax: (312) 346-8434
kstitcher@lplegal.com
www.lplegal.com



**Amy A. Pines**

| | |
|---|---|
| **From:** | Kurt Stitcher |
| **Sent:** | Wednesday, April 16, 2008 3:43 PM |
| **To:** | Peter Baugher; 'Lindsay Wilson Gowin' |
| **Subject:** | Document Production Cover Letter |
| **Attachments:** | Ltr to P Baugher.PDF |

Dear Peter,

Attached please find a cover letter regarding our production of additional documents.  The documents themselves will arrive via U.S. Mail.  Please call me with any questions.

Kurt Stitcher
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, Illinois  60602
312.476.7597    Fax: (312) 346-8434
kstitcher@lplegal.com
www.lplegal.com



LEVENFELD
PEARLSTEIN, LLC

**L P LEVENFELD PEARLSTEIN, LLC**

2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
312.346.8380
Fax: 312.346.8434
www.lplegal.com

Kurt Stitcher
(312) 476-7597
kstitcher@lplegal.com

VIA U.S. MAIL and E-MAIL

April 16, 2008

Peter V. Baugher, Esq.
Schopf & Weiss, LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606

Re:     HMET Application Reciprocal Discovery

Dear Peter,

Despite your failure to serve valid discovery on my clients or to respond to my, and my firm's, repeated efforts to coordinate the reciprocal discovery that Judge Castillo ordered on April 3, we are, as a matter of professional courtesy, continuing to move this matter forward. To that end, enclosed please additional documents responsive to your invalid subpoenas, Bates-numbered PPI 0000106 - PPI 0000513. We are continuing to collect and review information, and, as stated in multiple prior communications to you, we anticipate producing additional documents on a rolling basis as they become available.

Please note that, as before, this production is subject to two conditions. First, the production is not intended to be, and does not constitute, a waiver of our objections to the invalid service and form of the subpoenas. It is merely a professional courtesy to you.

Second, pursuant to Ms. Gowin's April 10, 2008, letter to me, we understand that HMET intends to maintain the confidentiality of any documents produced, pending final agreement on a protective order. *If you do not agree with either of these conditions, please return the documents to me immediately.*

Peter V. Baugher, Esq.
April 16, 2008
Page 2

Please contact me at your earliest convenience so that we may coordinate the Court-ordered reciprocal discovery.

Sincerely,

Kurt Stitcher

Encls.

cc:    Lindsay Wilson Gowin, Esq. (without enclosures)

## Amy A. Pines

| | |
|---|---|
| **From:** | David W. Porteous |
| **Sent:** | Friday, April 18, 2008 5:22 PM |
| **To:** | 'baugher@sw.com' |
| **Cc:** | 'lgowin@sw.com'; Kurt Stitcher |
| **Subject:** | HMET - Application for Discovery - Cover Letter Enclosing Documents |
| **Attachments:** | attd48ee.gif; 4 18 08 Ltr to Baugher re Documents.PDF |

Dear Peter,

Attached please find a cover letter regarding our production of additional documents.  The documents themselves will arrive via U.S. Mail.  Please call me with any questions

**David W. Porteous**
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois 60602
312.476.7592   Fax: 312.346.8434   Cell: 312.479.2069
dporteous@lplegal.com
www.lplegal.com





LEVENFELD
PEARLSTEIN, LLC

2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
312.346.8380
Fax: 312.346.8434
www.lplegal.com

David W. Porteous
(312) 476-7592
dporteous@lplegal.com

**VIA U.S. MAIL and E-MAIL**

April 18, 2008

Peter V. Baugher, Esq.
Schopf & Weiss, LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois  60606

Re:　　HMET Application Reciprocal Discovery

Dear Peter,

Enclosed please find additional documents responsive to your invalid subpoenas, Bates-numbered PPI 0000514 - PPI 0000667.  We are continuing to collect and review information, and, as stated in multiple prior communications to you, we anticipate producing additional documents on a rolling basis as they become available.  We are producing these document subject to the terms and conditions outlined in our previous cover letters attaching documents of April 11 and April 16, 2008.

Again, we request that you contact us at your earliest convenience so that we may coordinate the Court-ordered reciprocal discovery.

Sincerely,

David W. Porteous

Encls.

cc:　　Lindsay Wilson Gowin, Esq. (without enclosures)