UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Holland Middle East Trading Ltd.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01344
                                                Honorable Ruben Castillo

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 4/29/2008. Applicant Holland Middle East Trading Ltd's amended objections to discovery requests and request for court's assistance [25],[27] is granted. Respondents are directed to fully comply with this Court's prior orders by 5/15/2008. The Court will stay the reciprocal discovery until further court order. The Court will hold a status hearing in open court on 5/16/2008 at 10:00 AM.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.