# EXHIBIT A

**EXHIBIT A – HMET'S ANNOTATED DOCUMENT REQUEST**

1.All correspondence, reports, e-mails or other documents to or from any person concerning claimants Holland Middle East Trading Ltd., Franciscus Giezen, Petronella Van Aspert or Power Plate Trading LLC.

| Document Description | Bates Range |
|---|---|
| E-mail chains re: HMET's termination of Gannage | 1936-1991<br><br>676-684<br>685-695<br>668-675 |
| HMET/Gannage subdistribution agreement | 1992-2003 |
| E-mails from Minter to Aalbers | 696-698 |
| E-mails between Minter and Morrell | 730<br>729<br>741 |
| E-mail chains dated December 21, 2006 (heavily redacted) | 818-824 |

2.The 2006 and 2007 annual statements of accounts of Power Plate International B.V. and Power Plate International Ltd. and PPI Acquisition B.V., including any correspondence or reports between the companies and their auditors.

| Document Description | Bates Range |
|---|---|
| None | |

3.All documents pertaining to sales of Power Plate machines within the countries of the United Arab Emirates, Qatar, Bahrain, Kuwait, Saudi

**Arabia, Iran, Egypt, Lebanon, Oman, Yemen, Jordan or Syria, including invoices from June 1, 2004 to present.**

| Document Description | Bates Range |
|---|---|
| None | |

**4.  All board minutes of Power Plate International B.V., Power Plate North America, Power Plate International Ltd. and PPI Acquisition B.V. from September 2005 to present, including the invitations to the meetings and any documents attached thereto or distributed during the meeting, which relate to any other document request or deposition topic in this application.**

| Document Description | Bates Range |
|---|---|
| None | |

**5.  All documents relating to any Directors & Officers liability insurance policies in effect at any time from July 1, 2005 to present.**

| Document Description | Bates Range |
|---|---|
| Three D&O policies | 1-105 |
| November 15, 2007 e-mail chain | 1196-1202 |
| February 15, 2007 e-mail chain | 1204-1205 |
| E-mails with broker re: pursuing new policies | 1348-1353<br>1457-48<br>1490<br>1507<br>1517-1520<br>1525<br>1536-1552<br>1573<br>1591-1603<br>1617 |

3

| | |
|---|---|
| D&O Rider and Attachment | 1406-1409 1416 |
| E-mail cancelling policies | 1446 1453-55 |
| February 22, 2006 Invoice | 1466 |

6.All correspondence between Minter, Hillman, Van der Meer, Fisher, Mirjam Aalbers about the old and new management contract for Vibe Tribe B.V. relating to management services to be provided by Van der Meer for PPI BV, PPI UK and other PPI companies between January 2006 and November 2007.

| Document Description | Bates Range |
|---|---|
| None | |

7.All correspondence between Minter, Hillman and Van der Meer, Mirjam Aalbers about the Intellectual Property rights held by Power Plate International B.V., Special Sports Beheer B.V., Special Sports Amstelveen, PPI Acquisitie B.V. and/or Power Plate NA between December 2005 and January 2008.

| Document Description | Bates Range |
|---|---|
| None | |

8.All documents pertaining to potential, former or actual subdistributors covering the sales territories of United Arab Emirates, Qatar, Bahrain, Kuwait, Saudi Arabia, Iran, Egypt, Lebanon, Oman, Yemen, Jordan or Syria.

| Document Description | Bates Range |
|---|---|
| E-mail chains re: HMET's termination of Gannage | 1936-1990 |

4

|  | 676-684 |
|---|---|
|  | 685-695 |
|  | 668-675 |
| HMET's subdistributor agreement with Gannage | 1992-2003 |
| E-mails to and from Al Kamda, Burgan Express and Zone Co. (many pages of e-mail chains and signature text) | 2004-2116 2121-2161 |
| Signed Al Kamda license agreement | 702-723 |

**9.     All correspondence in regards to the territory India between Power Plate International BV, Power Plate International Ltd., Power Plate NA, Minter, Hillman, Fisher, Van der Meer, Mirjam Aalbers, Chris de Groot, Chris Hill from July 2005 until December 2006.**

| Document Description | Bates Range |
|---|---|
| E-mails | 818-822 |

**10.     Copies of the signed distribution/license contracts for Morocco and Tunisia of September 2006 between Power Plate International BV and Koen van den Hoeck (PPI France), and related correspondence.**

| Document Description | Bates Range |
|---|---|
| E-mail dated September 10 | 801-805 |

**11.     Documents pertaining to the sale of shares in Power Plate International B.V. and intellectual property rights relating to power plates by Special Sports Beheer B.V. and/or Supervise Sports B.V. to Power Plate International NA or J.H. Whitney & Co or Power Plate UK, including the following:**

5

    A.    Due diligence reports made by Van Doorne Advocaten or Chadbourne & Park; and

    B.    Signed copy of Indemnity Escrow Agreement.

| Document Description | Bates Range |
|---|---|
| Cancelled promissory note | 107-129 |
| Pledge Agreement | 130-268 |
| Stock Purchase Agreement | 269-513 |

**12.  All documents pertaining to Virgin Active, Virgin Atlantic or Madonna from August 2005 to present.**

| Document Description | Bates Range |
|---|---|
| March 4-15, 2006 e-mails | 1132 (dupe)<br>1136-1137 (dupe)<br>1138<br>1139 (dupe)<br>1140 (dupe)<br>1141-1142 (dupe)<br>1143<br>1144-1146<br>1147 (dupe)<br>1148<br>1162-1163<br>1164-1165<br>1166 (dupe)<br>1167-1168 (dupe)<br>1169-1170 (dupe)<br>1171 (dupe)<br>1172-1174 (dupe)<br>1175 |
| E-mail dated October 10, 2006 | 697-699<br>1181-1184 |

6

**13.** **Documents showing assets available to satisfy judgment in the Dutch action, including business and personal assets located in the United States, the United Kingdom or the Netherlands.**

| Document Description | Bates Range |
|---|---|
| None | |