IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re Application of Holland Middle East Trading Ltd. | ) ) | No. 08 CV 1344 |
| to Obtain Discovery For Use in a Suit Pending in the | ) ) | Hon. Ruben Castillo |
| Haarlem District Court of the Kingdom of the Netherlands. | ) ) | Magistrate Judge Martin C. Ashman |

## HOLLAND MIDDLE EAST TRADING LTD.'S MOTION TO REMOVE EXHIBIT A FROM ITS PREVIOUSLY FILED MOTION FOR CONTEMPT AND ATTORNEYS' FEES

Applicant Holland Middle East Trading Ltd. ("HMET"), by its attorneys, moves this Court to remove Exhibit A of its Motion For Contempt and Attorneys' Fees from the CM/ECF system, as it was filed in error.  The motion was filed on June 9, 2008, as Docket #41.  A new copy of the Motion for Contempt and Attorneys' Fees containing Exhibit A will be filed with the Court under seal.

Dated:  June 10, 2008

Peter V. Baugher
Lindsay Wilson Gowin
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: 312.701.9300
Facsimile:  312.701.9335
E-mail:  lgowin@sw.com

Respectfully submitted,

By: /s/Lindsay Wilson Gowin
     One of the Attorneys for Applicant Holland
     Middle Trading Ltd.

182191_1.doc

## **CERTIFICATE OF SERVICE**

I, Lindsay Wilson Gowin, an attorney, hereby certify that a copy of the attached Holland Middle East Trading Ltd.'s Motion to Remove Exhibit A From Its Previously Filed Motion for Contempt and Attorneys' Fees was filed electronically with the Clerk of the Court using the CM/ECF system on this 10th day of June, 2008, which will automatically send e-mail notifications of such filing to counsel below and those counsel enrolled in the system:

> Scott A. Meyers
> Kurt Stitcher
> David W. Porteous
> Amy A. Pines
> Levenfeld Pearlstein, LLC
> 2 North LaSalle Street, Suite 1300
> Chicago, Illinois 60602
> Facsimile: 312.346.8434

/s/Lindsay Wilson Gowin
Lindsay Wilson Gowin