# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re Application of Holland Middle East | ) | |
| Trading Ltd. | ) | |
| to Obtain Discovery For Use in a | ) | Hon. Ruben Castillo |
| Suit Pending in the | ) | Magistrate Judge Martin C. Ashman |
| Haarlem District Court of the | ) | |
| Kingdom of the Netherlands. | ) | No. 08-CV-1344 |

## NOTICE OF MOTION

To:     See attached Certificate of Service

PLEASE TAKE NOTICE that at **9:45 a.m. on Wednesday, June 11, 2008**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Ruben Castillo, United States District Judge, in the courtroom usually occupied by him in the Dirksen Federal Courthouse, Room 2141, 219 South Dearborn Street, Chicago, Illinois 60604, or in his absence, before such judge who may be sitting in his place and stead, and shall then and there present the **Holland Middle East Trading Ltd.'s Motion to Remove Exhibit A From Its Previously Filed Motion for Contempt and Attorneys' Fees**, a copy of which accompanies this notice and is hereby served on you.

Respectfully submitted,
Holland Middle East Trading Ltd.

s/Lindsay Wilson Gowin
One of the Attorneys for
Applicant Holland Middle East Trading Ltd.

Peter V. Baugher
Lindsay Wilson Gowin
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300

182196_1.doc

## CERTIFICATE OF SERVICE

I, Lindsay Wilson Gowin, an attorney, hereby certify that a copy of the foregoing

**Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system

on this 10th day of June, 2008, which will automatically send email notifications of such filing to

counsel below and those counsel enrolled in the system:

Scott A. Meyers
Kurt Stitcher
David W. Porteous
Amy A. Pines
Levenfeld Pearlstein, LLC
Two North LaSalle Street, Suite 1300
Chicago, Illinois 60602
Facsimile:  312.346.8434


 s/Lindsay Wilson Gowin
Lindsay Wilson Gowin