**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re Application of Holland Middle East Trading Ltd. | ) ) | No. 08 CV 1344 |
| to Obtain Discovery For Use in a Suit Pending in the | ) ) | Hon. Ruben Castillo |
| Haarlem District Court of the Kingdom of the Netherlands. | ) ) | Magistrate Judge Martin C. Ashman |

**HOLLAND MIDDLE EAST TRADING LTD.'S MOTION TO
<u>CONTINUE HEARING OF JUNE 11, 2008</u>**

Applicant Holland Middle East Trading Ltd. ("HMET"), by its attorneys, moves this Court to continue the hearing held on June 11, 2008, at 9:45 a.m. The Court had a trial underway and did not have time during this morning's motion call to entertain discussion on the parties' motions. HMET requests an opportunity at the Court's convenience for the Court to hear argument on these motions and the representations and factual assertions underlying them.

Dated: June 11, 2008

Peter V. Baugher
Lindsay Wilson Gowin
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: 312.701.9300
Facsimile:  312.701.9335
E-mail:  lgowin@sw.com

Respectfully submitted,

By: <u>/s/Lindsay Wilson Gowin</u>
One of the Attorneys for Applicant Holland Middle Trading Ltd.

182259_1.doc

## **CERTIFICATE OF SERVICE**

I, Lindsay Wilson Gowin, an attorney, hereby certify that a copy of the foregoing **Holland Middle East Trading Ltd.'s Motion to Continue Hearing** of June 11, 2008 was filed electronically with the Clerk of the Court using the CM/ECF system on this 11th day of June, 2008, which will automatically send e-mail notifications of such filing to counsel below and those counsel enrolled in the system:

> Scott A. Meyers
> Kurt Stitcher
> David W. Porteous
> Amy A. Pines
> Levenfeld Pearlstein, LLC
> 2 North LaSalle Street, Suite 1300
> Chicago, Illinois 60602
> Facsimile: 312.346.8434

> /s/Lindsay Wilson Gowin
> Lindsay Wilson Gowin