# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1344 | **DATE** | 6/11/2008 |
| **CASE TITLE** | In Re: Application of Holland Middle East Trading, Ltd. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/11/2008 and continued to 7/24/2008 at 9:45 a.m. Holland Middle East Trading Ltd.'s motion to remove exhibit A from its previously filed motion for contempt and attorneys' fees [43] is granted. The Clerk of Court is directed to remove the electronically filed Exhibit A to Holland Middle East Trading Ltd's motion for contempt and attorneys' fees [41]. Respondents' motion to obtain reciprocal discovery [39] is granted. Holland Middle East Trading, Ltd. to comply with the reciprocal discovery within thirty days. Holland Middle East Trading Ltd.'s motion for contempt and attorneys' fees [41] is denied.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|