## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Application of Holland Middle East Trading Ltd. to Obtain Discovery For Use in a Suit Pending in the Haarlem District Court of the Kingdom of the Netherlands. | )<br>)<br>) Hon. Ruben Castillo<br>) Magistrate Judge Martin C. Ashman<br>)<br>) No. 08-CV-1344 |

### NOTICE OF MOTION

To:   See attached Certificate of Service

PLEASE TAKE NOTICE that at **9:45 a.m. on Tuesday, June 17, 2008**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Ruben Castillo, United States District Judge, in the courtroom usually occupied by him in the Dirksen Federal Courthouse, Room 2141, 219 South Dearborn Street, Chicago, Illinois 60604, or in his absence, before such judge who may be sitting in his place and stead, and shall then and there present the **Holland Middle East Trading Ltd.'s Motion to Continue Hearing of June 11, 2008**, a copy of which was previously filed on June 11, 2008 and served on you.

Respectfully submitted,
Holland Middle East Trading Ltd.

/s/Lindsay Wilson Gowin
One of the Attorneys for
Applicant Holland Middle East Trading Ltd.

Peter V. Baugher
Lindsay Wilson Gowin
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300

182300_1.doc

## CERTIFICATE OF SERVICE

I, Lindsay Wilson Gowin, an attorney, hereby certify that a copy of the foregoing **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on this 12th day of June, 2008, which will automatically send email notifications of such filing to counsel below and those counsel enrolled in the system:

>Scott A. Meyers
>Kurt Stitcher
>David W. Porteous
>Amy A. Pines
>Levenfeld Pearlstein, LLC
>Two North LaSalle Street, Suite 1300
>Chicago, Illinois 60602
>Facsimile:  312.346.8434

>/s/Lindsay Wilson Gowin
>Lindsay Wilson Gowin