# EXHIBIT A

## Amy A. Pines

**From:** Lindsay Wilson Gowin [lgowin@sw.com]
**Sent:** Wednesday, April 30, 2008 8:10 PM
**To:** Amy A. Pines
**Subject:** Addenda to Prior Summary

Dear Amy,

I'd like to add a couple items to my earlier summary.

- In addition to the items in Exhibit C, we agreed that your clients would also produce documents responsive to Request #2 by Wednesday, May 7.
- The date proposed for Mr. Minter's deposition turns out to be Memorial Day. I propose that we switch it to May 28 instead, tentatively.

Again, please let me now if you disagree with the above.

Thanks,
Lindsay Wilson Gowin

---

**From:** Lindsay Wilson Gowin
**Sent:** Wednesday, April 30, 2008 12:03 PM
**To:** 'apines@lplegal.com'
**Subject:** Today's Meet and Confer

Dear Amy,

Thanks for meeting with me today. I'd like to confirm a few things from the meeting today; please let me know if you disagree with any of the commitments below:

- Your clients will produce the documents listed on Exhibit C by Wednesday, May 7. Then my clients' Dutch counsel will review them and let us know what else, if anything, she wants from HMET's document requests.
- I will get clarification from my clients' Dutch counsel on #15 and #17 on Exhibit C, and get back to you.
- Minter and Hillman are designated as Power Plate's 30(b)(6) witnesses.
- Minter's deposition is tentatively scheduled for May 27 and Hillman's for May 26, subject to schedules on our side. I will confirm those dates with everyone involved as soon as possible.
- You have provided us with a revised protective order, and we will look it over and respond as soon as possible.
- The D&O insurance policies you produced need not be treated as confidential, but the transaction documents are to be treated as confidential.

For your future productions, could you please provide them on a CD or DVD only? We'd like to pick them up at your office when they become available, rather than wait for them through the mail. There is no need to provide them in hard copy.

Thanks again for your courtesy this morning.

Sincerely,

Lindsay Wilson Gowin

**Schopf Weiss**
Lindsay Wilson Gowin
Direct: 312.701.9306

**Schopf & Weiss LLP**
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: 312.701.9300
Fax:    312.701.9335
www.sw.com

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential
information which is legally privileged. The information is intended only for the use of the individual or
entity named above. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution of, or the taking of any action in reliance on, the contents of this information is
strictly prohibited. If you have received this message in error, please immediately notify us by email or
telephone (312-701-9300) and delete all copies of this message and any attachments. Schopf & Weiss
LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois
Uniform Partnership Act.

## Amy A. Pines

**From:** Lindsay Wilson Gowin [lgowin@sw.com]
**Sent:** Tuesday, May 20, 2008 9:32 AM
**To:** Amy A. Pines
**Subject:** Production and Deposition Dates

Dear Amy,

At this point, we would like to keep the deposition dates we presently have scheduled (Minter on Tuesday, Hillman on Wednesday), but we'd like to know what other dates are available in the event that we need to reschedule. Also, what types of documents can we still expect from you, and when?

Thanks,
Lindsay


Schopf & Weiss LLP
Lindsay Wilson Gowin
Direct: 312.701.9306

**Schopf & Weiss LLP**
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: 312.701.9300
Fax:    312.701.9335
www.sw.com

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this message in error, please immediately notify us by email or telephone (312-701-9300) and delete all copies of this message and any attachments. Schopf & Weiss LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act.

**Amy A. Pines**

**From:**      Lindsay Wilson Gowin [lgowin@sw.com]
**Sent:**      Wednesday, May 21, 2008 6:36 PM
**To:**         Amy A. Pines
**Subject:** Dates for deposition

Dear Amy,

Thanks for your call this afternoon.  As I thought, Peter is unavailable on June 5 and 6.  We can be available on June 2-4, 9-11 and 13.  The dates need not be consecutive.

Thanks,
Lindsay

Schopf&Weiss
Lindsay Wilson Gowin
Direct: 312.701.9306

**Schopf & Weiss LLP**
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: 312.701.9300
Fax:    312.701.9335
www.sw.com

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this message in error, please immediately notify us by email or telephone (312-701-9300) and delete all copies of this message and any attachments. Schopf & Weiss LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act.

## Amy A. Pines

**From:**     Lindsay Wilson Gowin [lgowin@sw.com]
**Sent:**     Friday, May 23, 2008 1:14 PM
**To:**       Amy A. Pines
**Subject:** Discovery Issues

Dear Amy,

Since document production is still ongoing, we are not in a position to take depositions on Tuesday and
Wednesday.  We accept your offer of Mr. Hillman on June 10, but Mr. Minter on June 4 does not work for us.
Could he be produced on June 9-11 or June 13?

In response to your inquiry from yesterday, the protective order does not require us to provide a signed Exhibit A
to you, and we decline to do so.

Have a good Memorial Day weekend,

Lindsay

Schopf Weiss LLP
Lindsay Wilson Gowin
Direct: 312.701.9306

**Schopf & Weiss LLP**
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: 312.701.9300
Fax:    312.701.9335
www.sw.com

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential
information which is legally privileged. The information is intended only for the use of the individual or
entity named above. If you are not the intended recipient, you are hereby notified that any disclosure,
copying, distribution of, or the taking of any action in reliance on, the contents of this information is
strictly prohibited. If you have received this message in error, please immediately notify us by email or
telephone (312-701-9300) and delete all copies of this message and any attachments. Schopf & Weiss
LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois
Uniform Partnership Act.

**Amy A. Pines**

| | |
|---|---|
| **From:** | Lindsay Wilson Gowin [lgowin@sw.com] |
| **Sent:** | Tuesday, May 27, 2008 9:24 AM |
| **To:** | Amy A. Pines |
| **Subject:** | RE: Discovery Issues |

Dear Amy,

Do either June 16 or June 20 work for Minter?

Thanks,
Lindsay

---

**From:** Amy A. Pines [mailto:apines@lplegal.com]
**Sent:** Friday, May 23, 2008 2:41 PM
**To:** Lindsay Wilson Gowin
**Subject:** RE: Discovery Issues

Lindsay,

As discussed previously, Minter is out of town the week of June 9th and is therefore unavailable to be deposed.

Have a nice weekend, as well,

Amy

**Amy A. Pines**
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St. Suite 1300
Chicago, Illinois 60602
312-476-7542   Fax: 312.346.8434
apines@lplegal.com
www.lplegal.com

 LEVENFELD
PEARLSTEIN, LLC

---

**From:** Lindsay Wilson Gowin [mailto:lgowin@sw.com]
**Sent:** Friday, May 23, 2008 1:14 PM
**To:** Amy A. Pines
**Subject:** Discovery Issues

Dear Amy,

Since document production is still ongoing, we are not in a position to take depositions on Tuesday and

Wednesday. We accept your offer of Mr. Hillman on June 10, but Mr. Minter on June 4 does not work for us. Could he be produced on June 9-11 or June 13?

In response to your inquiry from yesterday, the protective order does not require us to provide a signed Exhibit A to you, and we decline to do so.

Have a good Memorial Day weekend,

Lindsay

Schopf&Weiss LLP

Lindsay Wilson Gowin
Direct: 312.701.9306

**Schopf & Weiss LLP**
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Phone: 312.701.9300
Fax:    312.701.9335
www.sw.com

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this message in error, please immediately notify us by email or telephone (312-701-9300) and delete all copies of this message and any attachments. Schopf & Weiss LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act.

Levenfeld Pearlstein is committed to our environment. Please join us and consider not printing this e-mail unless necessary.

In conformity with U.S. Treasury Department Circular 230, tax advice contained in this communication and any attachments is not intended to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, nor may any such tax advice be used to promote, market or recommend to any person any transaction or matter that is the subject of this communication and any attachments. The intended recipients of this communication and any attachments are not subject to any limitation on the disclosure of the tax treatment or tax structure of any transaction or matter that is the subject of this communication and any attachments.
This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.