# EXHIBIT C



Lindsay Wilson Gowin
312.701.9306
lgowin@sw.com

June 17, 2008

**VIA E-MAIL**

Kurt Stitcher, Esq.
Levenfeld Pearlstein, LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602

**Re:     Application of HMET**

Dear Kurt:

In response to your letters of June 11 and 12, we have discussed the issues you raised with our clients. Because of the respondents' incomplete production and delay past the Dutch court's June 18 filing date, our clients have directed us to discontinue our request for depositions. If Judge Castillo requires further production from the respondents, HMET may reconsider. But for now, the depositions are off.

Obviously, under the circumstances, no "reciprocal" depositions of HMET or its principals will go forward.

Yours truly,

*Lindsay Wilson Gowin*

Lindsay Wilson Gowin


LWG:lrk