# EXHIBIT D



**LEVENFELD PEARLSTEIN, LLC**

2 North LaSalle Street, Suite 1300
Chicago, Illinois 60602
312.346.8380
Fax: 312.346.8434
www.lplegal.com

Kurt Stitcher
(312) 476-7597
kstitcher@lplegal.com

<u>**VIA E-MAIL and U. S. MAIL**</u>

June 20, 2008

Lindsay Wilson Gowin, Esq.
Schopf & Weiss, LLP
One South Wacker Drive
28th Floor
Chicago, Illinois 60606

    Re:   HMET's Compliance with Judge Castillo's June 11, 2008, Order

Dear Lindsay,

    As you know, on June 11, 2008, Judge Castillo granted Respondents' Motion to Obtain Reciprocal Discovery, which encompassed requests for both documents and depositions from HMET and its principals. In this Order, Judge Castillo confirmed an earlier order, which also granted Respondents the right to obtain documents from, and to take the depositions of, HMET and its principals. Despite these two Federal court orders, we understand from your letter of June 17 that HMET will not produce its witnesses for deposition, on the ostensible grounds that HMET has chosen, for its own reasons, not to depose Respondents.

    Please be advised that your clients' decision to forego the depositions of PPNA, Mr. Hillman, and Mr. Minter does not affect either our desire or our right to depose HMET and its principals, nor may HMET unilaterally alter the terms of the Court's unequivocal orders regarding the depositions of HMET and its principals. At a minimum, such depositions are necessary to explore with Mr. Giezen and Ms. Van Aspert the documents that HMET has been ordered to produce in this proceeding. Thus, unless your clients make themselves available for deposition in compliance with Judge Castillo's orders (*i.e.*, depositions or dates provided by July 11), we will have no choice but to ask the Court for an order compelling such depositions and imposing sanctions on HMET for its refusal to comply with lawful court orders.

    With respect to document production, we would note that HMET has obtained thousands of documents from Respondents and that it has submitted some 37 of those documents in connection with its Reply in the Dutch proceedings. Thus, we assume that HMET will comply with Judge Castillo's orders and produce documents responsive to Respondents' discovery requests. If we are mistaken in that assumption, please tell us now, so that we need not wait until July 11 to file any motion to compel and for sanctions. If you have any questions or concerns

Lindsay Wilson Gowin, Esq.
June 20, 2008
Page 2

about our document requests, please contact me to arrange a Rule 26 conference to discuss the same.

In addition, please be advised that because the Power Plate documents HMET filed with the Dutch court contain Confidential Information, HMET is in violation of the Protective Order that Judge Castillo entered in this proceeding. Specifically, HMET's failure to file those documents "under seal" violates, at a minimum, paragraphs 3(d) (requiring filing under seal), 5 (extending the Protective Order to the Dutch litigation), and 16 (forbidding the filing of Confidential Information with the clerk of court or equivalent and describing the procedure for filing under seal). As a signatory to the Protective Order and as an officer of the Court, you need to instruct Dutch counsel immediately to withdraw those 37 exhibits and to re-file them, if at all, under seal. We are, of course, reserving our right to ask Judge Castillo for appropriate relief, including injunctive and monetary sanctions.

Finally, because Respondents produced all required documents and offered deposition dates well in advance of "the Dutch court's June 18 filing date," and because Respondents have already incurred the cost of preparing their witnesses for depositions on which HMET had previously insisted, please be advised that we will ask the Court for an order that HMET reimburse Respondents for the cost of such deposition preparation.

Please feel free to call me with any questions about the foregoing. In the meantime, please note that the requests set forth in our letters of June 11 and 12 stand, without modification.

Sincerely,

Kurt Stitcher

cc:   Peter V. Baugher, Esq.

LP 1672043.1 \ 34480-74686