# EXHIBIT E



Lindsay Wilson Gowin
312.701.9306
lgowin@sw.com

June 24, 2008

**VIA E-MAIL**

Kurt Stitcher, Esq.
Levenfeld Pearlstein, LLC
2 North LaSalle Street
Suite 1300
Chicago, IL 60602

Re:   Application of HMET

Dear Kurt:

We are working to conserve costs in a matter that should have been completed a month ago. Please do not send us redundant letters. Responding to communications such as your letter of June 20 is uneconomic and should be unnecessary.

Power Plate has refused to comply with large portions of HMET's requests for documents. That refusal, along with Power Plate's production delays, made any depositions too late and unlikely to be productive.

HMET will produce its documents in a few weeks, and we will return to Judge Castillo in July, as permitted by the Court, to follow up on matters at issue at the hearing on June 11.

Yours truly,

*[signature]*

Lindsay Wilson Gowin

LWG:lrk