# Exhibit A

Case 1:08-cv-01344 Document 54-2 Filed 07/14/2008 Page 1 of 9

**Annex 25 to Reply PPI Haarlem proceedings          POWER PLATE INTERNATIONAL AS OF FEBRUARY 22, 2006**



# Exhibit B



## Power Plate Appoints Industry Veteran Kevin D. Steele, PhD as Chairman of Scientific and Medical Advisory Board

*Steele to Provide Oversight And Ongoing Counsel In Lead Role of Global Advisory Board, Devoted to Ongoing Evolution, Research and Education for Whole Body Vibration*

**Northbrook, IL, April 3, 2008** – Power Plate International, the global leader in Acc eleration Training™ products featuring Advanced Vibration Technology, announced today the appointment of long-time U.S. health-industry executive, Kevin D. Steele, PhD as Chairman of Power Plate's Scientific and Medical Advisory Board. The esteemed board comprises 11 MDs, PhDs and elite medical and physiology experts, devoted to the ongoing evolution, research and education for Whole Body Vibration and its myriad of medical, wellness and fitness applications.

"With a technology like Whole Body Vibration that is still in relatively infantile stages of its evolution, the collective work of experts like the members of our Advisory Board, driven to identify and refine the safest and most-effective methods and applications through r esearch and education is absolutely invaluable and necessary," said Mark Minter, International President and COO. "Kevin's unique background, expertise and sk ill set in bridging the gap betw een the science, and the business, of the health, wellness and medical industries made him the ideal person to provide oversight and l eadership to this criti cal group of researchers and advocates."

"In all my years in the health, wellness and medical industries, never before have I experienced a modality that offers so many benefits across these varying industries as Whole Body Vibration," said Steele. "Power Plate's leadership role in the introduction and evolution of this modality worldwide has been unparalleled, and I'm thrilled to be a part of that, as it's my belief that we're merely scratching the surface of what this incredible technology can accomplish."

A graduate of Pepperdine University with a PhD in Physiology from Columbia University, Steele brings more than 25 years of experience in the health, wellness and medical industries. After spending his early professional years as a staff professor for Pepperdine, teaching physical education and sports m edicine, and coaching T rack and Field (Cross Country), Steele found a valuable niche' in the early '80s working as a medical consultant to major corporations, developing corporate w ellness and executive health care programs, emphasizing stress management, nutrition and exercise. At thi s time, Steele's efforts were seen as "pioneer ing" work in this area that has since become a standard in corporate America.

This innovative consulting led to his hiring by Bally Total Fitness, where he spent the better part of the '80s developing and overseeing the nation al health and fitness chain's education, research and member services programs. Steele created the company's first corporate university, which provided standardiz ed education and trainin g protocols for Bally's nationwide training force. He also spearheaded front-end consum er research as well as academic research at local Universities to validate the various club programming offerings that Bally would roll out to its members nationwide.

More...

**Power Plate Appoints Steele Chairman of Advisory Board**
**Page Two**

Steele left Bally in 1993, to continue his consulting to both health and fitness companies, as well as a wide array of corporations looking to develop and incorporate health and wellness programs for their executives and employees. He later accepted a senior management position with 24-Hour Fitness, through which he once again provided his unique expertise in integrating health care, wellness and research based-programming to 24-Hour Fitness' clubs nationwide. He also created the company's corporate university to once again standardize training and education protocols across its national employee and training force.

Most recently, Steele had fulfilled this identical role for Lifetime Fitness, before accepting the position as Chairman of Power Plate's Scientific and Medical Advisory Board.

**Power Plate International is the leading manufacturer of products using Acceleration Training™ through Advanced Vibration Technology™ for health clubs, spas, hospitals, physical therapy and rehabilitation clinics, professional and collegiate athletic training facilities, and private fitness trainers, as well as home users. For more information on the product, or its supporting technology and scientific research call Power Plate North America Inc., at (877) 87-PLATE or visit on the web at www.powerplate.com.**

###

**Contact:** Erin Lopez, Leader Enterprises, (562) 546-6006
elopez@leaderenterprises.com



**FOR IMMEDIATE RELEASE**

## POWER-PLATE UNVEILS CLUB-FRIENDLY CARD-KEY SOFTWARE AND PRODUCT UPGRADES

*Software Allows Clubs To Better Manage Power-Plate Session Packages & Increase Revenue; Product Upgrades Designed to Maximize Effect of Power-Plate's Proven Technology*

**Northbrook, IL., March 20, 2006** – Following a year of widespread exposure and increased national and global acceptance of advanced reflex technology (also referred to as "whole body vibration"), Power-Plate North America is introducing several significant upgrades for health clubs and end users. The company's debut of card-key software compatible with the Next Generation Power-Plate will allow health clubs to improve both sales and management of Power-Plate training session packages. The company also upgraded its popular Next Generation Power-Plate with an air-suspension system, allowing user's to maximize the effects of the product regardless of varying body weights. Finally, the Next Generation Power-Plate will no longer be limited to specific frequency (hertz level) and set durations. Users will now be able to input frequency levels and durations to specific preferences in order to meet their unique individual training needs and goals.

"Our goal with this software was to provide clubs with a turn-key solution to maximize the revenue potential of the Next Generation Power-Plate and better manage the general use of the product by members," said Mark Minter, President, Power-Plate International. "As our product and technology grow in prominence, our top priority is providing a product that not only responds to the training needs of our end users, but also the revenue-generating goals of the industry, including club owners, therapists and personal trainers."

The card-key software provides a solution for health clubs looking to better manage member access and use of Next Generation Power-Plates. Through the card-key technology, clubs can program specific session packages onto a Power-Plate session card, redeemable each time members swipe their cards to use the machine.

The air-suspension and functionality upgrades are also significant. Originally, the Next Generation Power-Plate featured preset frequency level settings 30, 35, 40 and 50 hertz (number of vibrations per second) and duration settings of 30, 45 and 60 second sets. The upgraded functionality will now allow users to input specific frequency levels (increments of one hertz) within a range of 25-50 hertz and of variable duration. The adjustable air-suspension system will ensure that the Power-Plate has maximum effect

**More...**

**Power-Plate 2006 Product Upgrades**
**Page Two**

for individuals of varying body weights, and also largely eliminates the residual vibration often felt in the surrounding environment (floors, neighboring walls, etc.) when the Power-Plate is in use.

Power-Plate has enjoyed a year of widespread global exposure through increased use among health clubs and elite training professionals. Increased use by mainstream health clubs and physical therapy clinics, elite athletes and athletic training specialists, as well as a variety of high-profile celebrities has resulted in a host of global media attention. Reports from the UK press that pop music icon Madonna was training on the Power-Plate in preparation for her current world tour helped create a significant spike in global awareness, generating a host of national and media attention for the Power-Plate from top national magazines and television programs. One notable example is Muscle & Fitness Magazine who named Power-Plate the "Best Technological Innovation for 2005" in the annual "Best of" special feature in the magazine's February issue.

Yet another area of significant progress has been in scientific research and strategic partnerships. Currently, research studies utilizing the Next Generation Power-Plate are underway at Ohio State (focus: Fibromyalgia study), Ball State (multiple studies underway), University of Miami (focus: Obesity and Geriatric Wellness) and the Miami Project, a leading organization devoted to advancements in treatment of paralysis resulting from spinal cord injury. Also worthy of note is Power-Plate's official partnership with Athlete's Performance (AP), arguably the most renowned athletic training center in the United States, responsible for annually preparing the top NFL prospects in the country for the NFL combine, as well as a who's who list of the world's most recognized and successful athletes. AP Founder and President Mark Verstegan, arguably the nation's elite athletic training specialist, was one of the earliest adopters of Power-Plate training and has championed the product ever since.

"We've always believed that we had a product and technology that would literally change lives," said Minter. "It's certainly rewarding for us to see both industry professionals and consumers on a global level beginning to realize what we've known all along about the Power-Plate."

The Power Plate is designed for and marketed to health clubs, spas, hospitals, physical therapy and rehabilitation clinics, professional and collegiate athletic training facilities, and private fitness trainers, as well as home users. For information on how to purchase a unit locally, please contact 1-888-98-PLATE, or 305-362-3332. For more information on the product, or its supporting technology and scientific research contact John Wilson, (VP Sales – N America), at (877) 87-PLATE or visit on the web at www.powerplateusa.com.

### 

**Contacts:**  Marc Altieri                              David Cordero
             Leader Enterprises, Inc.                  Leader Enterprises, Inc.
             310-480-6870                              562-546-6005
             maltieri@leaderenterprises.com            dcordero@leaderenterprises.com

# Exhibit C

Respondents'
Privilege Log

| # | Subject/File Name | Attachment | Date Sent | From | To | CC | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 1. | RE: [Norton AntiSpam] FW: Confidentiality Agreement | Yes | Aug 4 2005 11:11AM | Altman, Michael H. | Mark Minter | Lee Hillman | ACP/AWP |
| 2. | 2005 - Cash Flow Forecast+2 New @ 09-02-05 (3).xls | Yes | Oct 6 2005 4:45AM | Mark Minter | Lee Hillman | | ACP/AWP |
| 3. | RE: Lockton Property & Casualty DD Requests | Yes | Oct 25 2005 2:13PM | Joe Koehler | Mark Minter | rszalkowski@lockton.com | ACP/AWP |
| 4. | Lockton Property & Casualty DD Requests - Update as of October 25, 2005 | Yes | Oct 25 2005 3:47PM | Renee; Szalkowski | joe koehler | bcherry@whitney.com; Roderick; Mark Minter; Richard; Richard; Colton; Stephanie; Bonan; Weisz; Nancy | ACP/AWP |
| 5. | RE: Lockton Property & Casualty DD Requests - Update as of October 25, 2005 | | Oct 25 2005 4:00PM | Szalkowski; Renee | Mark Minter | | ACP/AWP |
| 6. | FW: PPI | Yes | Oct 26 2005 10:06AM | Meriam, Thomas C. | Brian Cherry (bcherry@whitney.com); Robert M. Williams Jr. (rwilliams@whitney.com); Mark Minter (mark.minter@powerplateusa.com); Lee Hillman | Schafer, Robin | ACP/AWP |
| 7. | RE: Lockton Property & Casualty DD Requests | | Oct 27 2005 1:47PM | Bonan; Stephanie. | joe.koehler@powerplateusa.com | Szalkowski; mark.minter@powerplateusa.com; Renee | ACP/AWP |
| 8. | Diligence status | Yes | Oct 31 2005 10:50AM | Meriam, Thomas C. | Robert M. Williams Jr. (rwilliams@whitney.com); 'bcherry@whitney.com'; 'mark.minter@powerplateusa.com'; Lee Hillman | Schafer, Robin | ACP/AWP |
| 9. | RE: FW: Agenda for today's call | | Nov 1 2005 1:58PM | Mark Minter | Meriam, Thomas C.; Cherry, Brian; William, Robert | Lee Hillman | ACP/AWP |
| 10. | FW: Week 11/07/05 Cash Forecast Schedule. | Yes | Nov 4 2005 7:40PM | Joyce Jaksa | Lee Hillman | | ACP/AWP |
| 11. | RE: Lockton/Power Plate Call | | Nov 8 2005 12:25PM | Cherry, Brian | Williams, Robert; Szalkowski, Renee; mark.minter@powerplateusa.com; Lee Hillman; Corey, Chris; Bonan, Stephanie. | Colton, Richard; Roderick, Richard | ACP/AWP |
| 12. | FW: PPNA | | Nov 10 2005 4:01PM | Brian, Cherry | Szalkowski; Renee; Richard; Colton | Robert; Williams; Mark Minter | ACP/AWP |
| 13. | FW: Powerplate Insurance Due Diligence Update | | Nov 11 2005 4:31PM | Cherry, Brian | Williams, Robert; mark.minter@powerplateusa.com; Lee Hillman | | ACP/AWP |
| 14. | FW: Powerplate Insurance Due Diligence Update | Yes | Nov 11 2005 5:31PM | Brian; Cherry | Williams; Robert; mark.minter@powerplateusa.com; lee.hillman@lfbadvisory.com | | ACP/AWP |
| 15. | Re: Powerplate Insurance Due Diligence Update | | Nov 11 2005 7:45PM | Lee Hillman | 'bcherry@whitney.com' | | ACP/AWP |
| 16. | FW: Week 11/14/05 Cash Forecast Schedule | Yes | Nov 14 2005 7:09AM | Joyce Jaksa | Lee Hillman | | ACP/AWP |

May 29, 2008

1 of 45