# EXHIBIT B

```
----- Oorspronkelijk bericht -----
Van: Koppenol-Laforce, Marielle <m.koppenol@houthoff.com>
Aan: Fioole, Arnoud (Shld-AMS-LT)
Verzonden: Sun Jul 20 15:47:40 2008
Onderwerp: RE: PPI / HMET


Dear Colleague,
The information submitted latest in the discovery proceedings in the US is exactly the
same as submitted in the Dutch proceedings in the ten binders listed as exhibit E-73.
Yours Sincerely,
Marielle Koppenol




Houthoff Buruma N.V.
Marielle Koppenol-Laforce (M.E.)
Partner Corporate Litigation
phone: +31 (0)10 2172525
fax: +31 (0)10 2172706
mobile: +31 (0)6 51521024
```

1

```
PO Box 1507, 3000 BM Rotterdam
Weena 355, 3013 AL Rotterdam
www.houthoff.com
```

-----Original Message-----
From: FiooleA@eu.gtlaw.com [mailto:FiooleA@eu.gtlaw.com]
Sent: donderdag 17 juli 2008 18:38
To: Koppenol-Laforce, Marielle
Subject: PPI / HMET

Dear Colleague,

Could you please answer the question in my email below as soon as possible? I guess you should know this off the top of your head because you produced both sets of documents (meaning your US correspondent did nothing without you providing the information).

Yours sincerely,



Arnoud Fioole
Advocaat

Greenberg Traurig, LLP | Strawinskylaan 3127 | 1077 ZX Amsterdam
Tel: +31 20 30 17 304 | + 31 6 18 094 950 | www.gtlaw.com

From: Fioole, Arnoud (Shld-AMS-LT)
Sent: woensdag 16 juli 2008 0:41
To: 'm.koppenol@houthoff.com'
Subject: PPI / HMET

Dear Colleague,

Please confirm whether you sent to your correspondent in the US documents for production to my clients different than what your clients just produced in the Dutch proceedings.

Yours sincerely,


Arnoud Fioole


Greenberg Traurig, LLP
Attorneys * Tax Lawyers * Civil Law Notaries Strawinskylaan 3127
1077 ZX Amsterdam
P.O. Box 75306
1070 AH Amsterdam
The Netherlands
T +31 20 30 17 304
F + 31 20 30 17 350
M + 31 6 18 094 950
fioolea@eu.gtlaw.com
www.gtlaw.com


------------------------------------------------------------------------
    Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

    The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not

2

the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mailto:postmaster@gtlaw.com.

---------------------------------------------------------------------



*********************************************************************
This communication is sent to you on behalf of Houthoff Buruma N.V. This e-mail and the information it  contains, is for the use of the
addressee(s) and may be confidential or privileged. Unauthorised  use,  disclosure or copying is strictly  prohibited. If you are not the/an addressee and are in possession of this e-mail, please notify us immediately. Houthoff Buruma is the trade name of Houthoff Buruma N.V. with registered office in Amsterdam (CC Amsterdam no. 34216182). Houthoff Buruma's general terms and conditions, which stipulate a limitation of liability, the applicability of Dutch law and the exclusive jurisdiction of the District Court of The Hague, are applicable to all work performed. A copy of the general terms and conditions is available on request or at www.houthoff.com.
Whenever we use the word "partner" in our communications, we refer to a partner as defined in our General Terms and Conditions as well as to a person who, as a proxyholder of Houthoff Buruma N.V., was given the personal title of partner.
*********************************************************************