# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Holland Middle East Trading Ltd.

                      Plaintiff,

v.                                          Case No.: 1:08−cv−01344

                                                  Honorable Ruben Castillo

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/30/2008. Respondents' motion to compel [58] is granted. Petitioner to comply within thirty days. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.